# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**ROLANDO LUIS VALDIVIA LUGO**                    **CIVIL ACTION NO. 1:26-1507**

**SECTION P**

**VS.**

**JUDGE DAVID C. JOSEPH**

**WARDEN WINN CORRECTIONAL CENTER**   **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Petitioner Rolando Luis Valdivia Lugo, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS DIRECTED** to serve a summons, a copy of the Petition, [doc. # 1], Memorandum, [doc. # 1-2], Exhibit, [doc. # 1-8], and a copy of this Order by certified mail on the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its Director, and the Warden of Winn Correctional Center.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of Respondents' response to file a reply.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 11th day of May, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge