**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ROLANDO LUIS VALDIVIA LUGO**

**VERSUS**

**WARDEN WINN CORRECTIONAL CENTER ET AL**

**CIVIL ACTION NO. 1:26-CV-1507**
**SECTION P**

**JUDGE DAVID C. JOSEPH**

**MAGISTRATE JUDGE KAYLA D. MCCLUSKY**

# JUDGMENT

The REPORT AND RECOMMENDATION [Doc. 22] of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Rolando Luis Valdivia Lugo's petition be **DENIED AND DISMISSED WITHOUT PREJUDICE**.

THUS, DONE AND SIGNED in chambers on this 9th day of September 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE